# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00383-CV

**David W. Roark, Appellant**

**v.**

**Crockett National Bank; Nicholas S. Bressi; and Rice Capital LLC, Series 20, Appellees**

### FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-20-004439, THE HONORABLE CATHERINE MAUZY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant David W. Roark has filed a motion to dismiss this appeal. We grant appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Edward Smith, Justice

Before Justices Baker, Smith, and Theofanis

Dismissed on Appellant's Motion

Filed: August 28, 2024